UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOPEZ | CIVIL ACTION |
| VERSUS | CASE NO. 15-6302 |
| SOUTHERN ARCH, LLC, et al. | SECTION: "G"(1) |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 7th day of April, 2017.

NANNETTE JOLIVETTE BROWN<br>
UNITED STATES DISTRICT JUDGE

---

[1] *See* attached.

1



15-cv-06302-NJB-JVM Lopez v. Southern Arch, LLC
Will Beaumont
to:
efile-brown
04/05/2017 04:48 PM
Cc:
"Law Office of Ryan E. Beasley"
Hide Details
From: Will Beaumont <whbeaumont@gmail.com>
To: efile-brown@laed.uscourts.gov
Cc: "Law Office of Ryan E. Beasley" <ryan@rbeasleylaw.com>

Dear Judge Brown:

I represent Mr. Lopez in the above matter and I write to confirm that this case is settled. I kindly request that you enter a 60 order allowing the parties to finalize this matter.

Thank you.

Will Beaumont
(504) 534-5005